UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

ORLANDO LARRY,

                  Petitioner,

v.

T. VAUGHT, *Warden*.

                  Defendant.

Civil No. 25-2934 (JRT/DJF)

**ORDER ADOPTING REPORT AND RECOMMENDATION**

---

Orlando Larry, 230 W Sunny Lane Road, Janesville, WI 53546, pro se Petitioner.

Ana H. Voss, Trevor Brown, **UNITED STATES ATTORNEY'S OFFICE**, 300 South 4th Street, Suite 600, Minneapolis, MN 55415, for Defendant.

Based upon the Report and Recommendation by United States Magistrate Judge Dulce J. Foster dated September 2, 2025 (Docket No. [7]), along with all the files and records, and because no objections to the Report and Recommendation have been filed,

**IT IS HEREBY ORDERED** that:

    1. This action be **DISMISSED WITHOUT PREJUDICE** under Federal Rule of Civil Procedure 41(b) for failure to prosecute.

    2. Petitioner Orlando Larry's application to proceed in forma pauperis in this matter (ECF No. 4) be **DENIED** as moot.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

-2-

DATED: February, 4, 2026                           _____/s/ John R. Tunheim_____
at Minneapolis, Minnesota.                            JOHN R. TUNHEIM
                                                                              United States District Judge